IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DASON ROBINSON<br><br>*Defendant.* | **FILED UNDER SEAL**<br><br>Case No. 1:25-MJ-650 |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Brandon Guard, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since April 2021. As a Postal Inspector I investigate offenses that adversely affect the United States Postal Service ("USPS") including robberies, assaults, thefts, and frauds. Prior to becoming an Inspector, I was employed as a Special Agent with the United States Secret Service ("USSS") from September 2016 to April 2021. In that capacity I conducted complex cyber and financial fraud investigations related to defending the financial infrastructure of the United States and was a member of the Atlanta Electronic Crimes Task Force. In addition, prior to my federal service, I was employed as a patrol Deputy Sheriff and a state law enforcement agent for 10 years. In those capacities I investigated a variety of crimes including homicide, assault, various frauds, and property crimes. I have received basic and advanced training in the investigation of the above offenses at the Federal Law Enforcement Training Center, the USSS Training Center, and state law enforcement academies.

2.   I am submitting this affidavit in support of a criminal complaint and arrest warrant charging the defendant, Dason ROBINSON ("ROBINSON") with interfering with commerce by robbery, in violation of 18 U.S.C. § 1951, and robbery of mail, money, or other property of the United States, in violation of 18 U.S.C. § 2114. Specifically, there is probable cause to believe that ROBINSON robbed USPS Employee V-1 of U.S. Mail and U.S Property, and did thereby obstruct, delay, and affect commerce. These events occurred within the Eastern District of Virginia.

## PROBABLE CAUSE

### A. Robbery

3.   On September 5, 2025, at approximately 11:47 a.m., USPS letter carrier V-1 ("Victim-1") was robbed of U.S. Mail, USPS property, and personal property while delivering mail in the 3900 Block of Bryce Road, Alexandria, VA 22312, which is a location within the Eastern District of Virginia.

4.   According to V-1, a black Honda Accord with no front license plate pulled up to V-1 as she was walking her route to deliver U.S. mail. Two unknown black males exited the vehicle and approached her. One of the suspects wore all black clothing. The other suspect wore a white T-shirt and black pants. Both suspects wore full-faced masks and appeared to be between the ages of 19 and 24 years old.

5.   Each suspect kept a hand in his waistband as if grasping a weapon. Due to the positions of their hands, V-1 believed the suspects were armed and was in fear of being harmed, although she never directly observed a weapon.

6. One of the suspects demanded a USPS Arrow Key from V-1.[1] V-1 did not have an Arrow Key and denied the request. The suspects then forcefully removed the USPS letter satchel from her body and began grabbing her clothing and upper body. The suspects tried to remove the necklace from her neck, but they were unsuccessful. During the scuffle, her wallet fell to the ground, causing her driver's license and Cash App card to fall out of the wallet. V-1 was able to retrieve her wallet, but the suspects took her driver's license and Cash App card. Additionally, the suspects snatched her personally owned iPhone from her hand during the robbery.

7. Just prior to the robbery, a witness ("Witness-1") observed the masked suspects peering into V-1's USPS vehicle. W-1 then observed the suspects making a U-turn in a black Honda Accord with no front license plate, and driving toward V-1. W-1 stopped his car to watch the suspects because he feared for V-1's safety. W-1 saw the suspects exit their car and walk toward V-1. W-1 began sounding his vehicle horn to scare the suspects and summon additional witnesses from their homes. W-1 described the suspects as "two black skinny males…in their 20s." Another witness, W-2, reported that the car used by the suspects displayed a Maryland license plate.

8. The suspects, in addition to stealing V-1's USPS letter satchel, containing approximately 11 pieces of undelivered U.S. Mail, and her personal iPhone, driver's license, and Cash App card, also stole a USPS parcel scanner and the USPS vehicle keys.

---

[1] USPS Arrow Keys are used to open USPS collection boxes, neighborhood cluster mailboxes, and other approved mail receptacles.

9. The USPS scanner is a GPS device and captured a portion of the suspects' flight path. The scanner was discarded onto Columbia Pike near Barcroft Plaza so the suspects' entire flight path could not be observed.

10. Law enforcement later recovered home security video clips that show V-1 delivering mail to a residence on Bryce Road, W-1's observation and intervention, and the suspect vehicle fleeing from the scene. I reviewed the video and confirmed the suspect vehicle was a black 2018-2022 (10th generation) Honda Accord with no window tint, a sunroof, and EX trim line wheels. ("FIG 1").



FIG 1

11. Fairfax County Police Department ("FCPD") officers searched local license plate reader ("LPR") databases for black Honda sedans with Maryland registration plates in the area. FCPD found a black 10th generation Honda Accord with no front license plate and rear Maryland license plate 5EDXXXX[2] in the area of the robbery. FCPD determined the license

---

[2] The license plate began with 5ED. The rest of the numbers have been redacted throughout this affidavit.

plate was stolen after checking it in the National Crime Information Center ("NCIC") database. FCPD issued a "be on the lookout" for the suspect vehicle.

### B. Suspect Identification Efforts

12. Later the same day of the robbery, on September 5, 2025 at approximately 1:10 p.m., an employee at the BP gas station located at 10604 Campus Way South, Upper Marlboro, MD 20774, called Prince Georges County Police Department ("PGPD") to report a shoplifting in progress. The employee reported a black male, who had previously been barred from the store for prior shoplifting, was stealing candy. The employee reported the suspect arrived in a black Honda Accord bearing Maryland license plate 5EDXXXX, a match for the suspect vehicle.

13. On September 9, 2025, law enforcement retrieved security camera footage from the BP gas station. The video shows a black 10th generation Honda Accord with EX trim wheels, like the suspect vehicle, parked at the gas pumps directly in front of the store entrance door. The license plate is not visible, but the BP clerk reported the vehicle's registration as Maryland number 5EDXXXX, the same license plate FCPD had found in reviewing LPRs. The video shows the driver, a short black male wearing a black shirt, black pants, and a blue Boston baseball hat ("FIG 2"), enter the store and engage in conversation with the clerk.[3]

---

[3] The video also showed the passenger, a taller black male wearing a white T-Shirt, black pants, and blue latex/nitrile gloves.



FIG 2

Images of the suspects were provided to a Postal Inspector assigned to Southern Maryland. The Postal Inspector immediately identified the driver as Dason ROBINSON (DOB 08/1998). A search of DMV records associated with ROBINSON (DOB 08/1998) revealed a driver's license photograph that appears to be the same individual depicted in the BP video footage (shown in FIG 2). The license listed an address of Indian Wells Court, Bowie, MD 20721 for ROBINSON.

C. **Car Location**

14. On August 20, 2025, approximately two weeks before the USPS robberies in Virginia, PGPD were in the 11000 block of Lake Vista Lane in Bowie, MD, approximately .6 miles from ROBINSON's address as listed on his driver's license, and observed a black Honda Accord with Maryland license plate 5EDXXXX, which they determined to be a stolen vehicle. PGPD did not recover the vehicle at the time.

15. On September 9, 2025, four days after the USPS thefts, law enforcement located the car at approximately the same location, 11200 Lake Vista Lane, Bowie, MD 20721. As described above, the car is a black 10th generation Honda Accord with no window tint, a sunroof, with EX trim line wheels. The car had a DC inspection sticker in the lower driver's side corner of the windshield. On September 9, the car no longer had the Maryland license plate and instead displayed a District of Columbia license plate, which was also a stolen license plate.

16. On September 16, 2025, law enforcement returned to 11200 Lake Vista Lane, Bowie, MD 20721 to see if the car was still there. The car ("FIG 3") was still parked in the same location as on September 9, 2025. Law enforcement again confirmed the car to be stolen by checking the VIN in the National Crime Information Center database.[4] The car still displayed a stolen DC registration. The stolen Maryland registration plate number 5EDXXXX ("FIG 5"), seen on September 5, 2025, was lying in plain view on the back seat. Also visible in the back seat was what appeared to be a Truist Bank statement and ripped envelope from Truist Bank ("FIG 6"). The cancelled checks on the statement were in the name of a business on Arcadia Road, Alexandria, VA 22312. This address is one of the homes V-1 was unable to deliver to after being robbed on September 5, 2025, indicating that the bank statement is likely one of the undelivered pieces of mail stolen from V-1's USPS letter carrier satchel. Additionally, several magazines or catalogues appeared below the bank statement, still bound by a rubber band. The rubber band is a standard method used by Letter Carriers to keep mail organized while in the USPS letter carrier satchel.

---

[4] The Honda Accord was stolen in Washington, DC on July 7, 2025.



FIG 3



FIG 4



FIG 5



FIG 6

17. On October 2, 2025, Postal Inspectors and USPIS Laboratory Staff executed a federal search warrant on the car. Notable items recovered from the car include, but are not limited to, Letter Carrier V-1's Virginia driver's license and Cash App card,[5] undelivered U.S.

---

[5] The Cash App card is black with white type print on it. The video from the BP gas station shows ROBINSON holding a similar card while in the BP gas station on September 5, 2025.

Mail and contents of opened mail, multiple items likely to hold latent fingerprints, DNA swab samples, and a phone charger cube with a label stating, "Dason's Charger" ("FIG 7").



FIG 7

18. On October 3, 2025, I submitted a selection of the evidence recovered from the car to the USPIS Forensic laboratory to be processed for the presence of latent fingerprints. On October 27, 2025, I received a USPIS forensic laboratory examination report indicating a fingerprint lifted from the vehicle's driver-side door frame was identified as belonging to ROBINSON. A second fingerprint belonging to ROBINSON was found on the back cover of a Jes MaHarry catalog what was in the back seat of the suspect vehicle. This catalogue was part of the mail bound by a rubber band depicted in "FIG 6" above. This catalogue was one of the pieces of mail that could not be delivered due to it being in V-1's stolen letter carrier satchel.

19. V-1's letter carrier satchel contained mail that had traveled in interstate commerce and the obstruction of the delivery of that mail affected interstate commerce. In summary, based

9

on my investigation, I believe that ROBINSON robbed a USPS Letter Carrier, affecting commerce in the Eastern District of Virginia.

## CONCLUSION

20. I respectfully submit that the foregoing facts established in this affidavit demonstrate probable cause that Dason ROBINSON be charged with interfering with commerce by robbery, in violation of 18 U.S.C. § 1951, and robbery of mail, money, or other property of the United States, in violation of 18 U.S.C. § 2114. Accordingly, I respectfully request that the Court issue the proposed criminal complaint and arrest warrant.

Respectfully submitted,

Brandon Guard
Digitally signed by Brandon Guard
Date: 2025.11.06 13:33:56 -05'00'

Brandon Guard
Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance
With the requirements of Fed. R. Crim. P. 41
via telephone on November 6, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.11.06 15:22:26 -05'00'

Honorable Lindsey R. Vaala
United States Magistrate Judge